HEATING AND PLUMBING FINANCE CORPORATION, Appellant, v. DAVIS KESSLER

and ESTHER D. KESSLER, Respondents.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.